TODD BLANCHE
Acting Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
CEDINA M. KIM
Assistant United States Attorney
Senior Trial Attorney
MICHAEL K. MARRIOTT, CSBN 280890                    JS-6
Special Assistant United States Attorney
Program Litigation 1
Law & Policy
    Social Security Administration
    6401 Security Boulevard
    Baltimore, Maryland 21235
    Telephone: (510) 970-4836
    E-Mail: Michael.Marriott@ssa.gov
Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARIANDA SANCHEZ DE ORTIZ,   ) | Case No. 2:26-cv-00622-RAO |
|     Plaintiff,       ) | |
|         ) | **[PROPOSED]** |
|     v.      ) | **JUDGMENT OF REMAND** |
|         ) | |
| FRANK BISIGNANO,     ) | |
| Commissioner of Social Security,  ) | |
|         ) | |
|     Defendant.    ) | |

The Court having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand") lodged concurrently with the lodging of the within Judgment of Remand, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation to Remand.

DATED:  05/18/2026         _Rozella A. Oliver_

                             HON. ROZELLA A. OLIVER
                             UNITED STATES MAGISTRATE JUDGE